| United States Bankruptcy Court<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**Boca Bridge LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (if more than one, state all.)<br>**861126029** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**2206 W. Atlantic Avenue<br>Suite 201<br>Delray Beach, FL**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Palm Beach**<br>ZIP CODE **33445** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**P.O. Box 273760<br>Boca Raton, FL**<br>ZIP CODE **33427** |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**99 East Camino Real<br>Boca Raton, FL 33432** | |

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☐ Chapter 7     ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check **one** box) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets)

| Name of Debtor<br>**None** | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor  **Boca Bridge LLC**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)

**Communications Plus**
Name of Petitioner

Date Signed: 8-11-10

Name & Mailing Address of Individual Signing in Representative Capacity:
**John Lohse**
**6005 Stirling Road #149**
**Davie, FL 33314**
**Owner**

x _[signature]_   8-18-10
Signature of Attorney    Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**
Address

**561-482-2400**
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Cintas Corporation**
Name of Petitioner

Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
**Debbie Erickson**
**97627 Eagle Way**
**Chicago, IL 60678-9760**
**Authorized Agent**

x _____    Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**
Address

**561-482-2400**
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**O.D.A. Inc.**
Name of Petitioner

Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
**Steven Rawiszer**
**3333 South Dixie Highway**
**Delray Beach, FL 33483**
**Owner**

x _____    Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**
Address

**561-482-2400**
Telephone No.

---

4  Continuation sheets attached

B5 (Official Form 5) (12/07) -- Page 2

Name of Debtor    **Boca Bridge LLC**

Case No.    _____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  _/s/ Debbie Erickson_     
Signature of Petitioner or Representative (State title)

**Cintas Corporation**     Date Signed: 8-17-10
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
**Debbie Erickson**
**97627 Eagle Way**
**Chicago, IL 60678-9760**
**Authorized Agent**

x  _/s/_   Date: 8-18-10
Signature of Attorney
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)

Address:
**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Telephone No.: **561-482-2400**

---

x  _____
Signature of Petitioner or Representative (State title)

**O.D.A. Inc.**     Date Signed: _____
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
**Steven Rawiszer**
**3333 South Dixie Highway**
**Delray Beach, FL 33483**
**Owner**

x  _____    Date: _____
Signature of Attorney
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)

Address:
**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Telephone No.: **561-482-2400**

---

x  _____
Signature of Petitioner or Representative (State title)

**Sapphire Hospitality Inc**     Date Signed: _____
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
**Rob Ryan**
**547 SW 13th Street - Ste 3**
**Bend, OR 97702**
**Authorized Agent**

x  _____    Date: _____
Signature of Attorney
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)

Address:
**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Telephone No.: **561-482-2400**

_3_  Continuation sheets attached

B5 (Official Form 5) (12/07) – Page **2**

Name of Debtor  **Boca Bridge LLC**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title) | x _____ Date<br>Signature of Attorney |
| **Cintas Corporation** | **Law Office of Harry J. Ross** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Debbie Erickson**<br>**97627 Eagle Way**<br>**Chicago, IL 60678-9760**<br>**Authorized Agent** | Address<br><br>561-482-2400<br>Telephone No. |
| x _____/s/_____, President<br>Signature of Petitioner or Representative (State title) | x _____/s/_____ 8-18-10<br>Signature of Attorney        Date |
| **O.D.A. Inc.**                  8/10/10 | **Law Office of Harry J. Ross** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Steven Rawiszer**<br>**3333 South Dixie Highway**<br>**Delray Beach, FL 33483**<br>**Owner** | Address<br><br>561-482-2400<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title) | x _____ Date<br>Signature of Attorney |
| **Sapphire Hospitality Inc** | **Law Office of Harry J. Ross** |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>**Rob Ryan**<br>**547 SW 13th Street - Ste 3**<br>**Bend, OR 97702**<br>**Authorized Agent** | Address<br><br>561-482-2400<br>Telephone No. |

**3** Continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

X _/s/ Rly_____
Signature of Petitioner or Representative (State title)

**Sapphire Hospitality Inc**
Name of Petitioner         Date Signed 8/6/10

Name & Mailing Address of Individual Signing in Representative Capacity:
Rob Ryan
547 SW 13th Street - Ste 3
Bend, OR 97702
Authorized Agent

X _/s/_____ 8-18-10
Signature of Attorney                    Date
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)
6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address
561-482-2400
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

**Always Perfect Marble and Granite**
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Gary Tahal
5366 Oakmont Village Circle
Lake Worth, FL 33463
Owner

X _____ Date
Signature of Attorney
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)
6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address
561-482-2400
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

**Brothers Bake Shop**
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
George Petakis
1101 Holland drive
Boca Raton, FL 33487
Owner

X _____ Date
Signature of Attorney
**Law Office of Harry J. Ross**
Name of Attorney Firm (if any)
6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address
561-482-2400
Telephone No.

---

2 Continuation sheets attached

x _____
Signature of Petitioner or Representative (State title)

**Sapphire Hospitality Inc**
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Rob Ryan
547 SW 13th Street - Ste 3
Bend, OR 97702
Authorized Agent

x _____
Signature of Attorney                                Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

x _____[signature]_____ Owner
Signature of Petitioner or Representative (State title)

**Always Perfect Marble and Granite**    Aug 18, 2010
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Gary Tahal
5366 Oakmont Village Circle
Lake Worth, FL 33463
Owner

x _____[signature]_____ 8-18-10
Signature of Attorney                                Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Brothers Bake Shop**
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
George Petakis
1101 Holland drive
Boca Raton, FL 33487
Owner

x _____
Signature of Attorney                                Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Project Management Consultant, Inc.**
Name of Petitioner                        Date Signed

x _____
Signature of Attorney                                Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: **Boca Bridge LLC**

Case No.: _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

x _____
Signature of Petitioner or Representative (State title)

**Sapphire Hospitality Inc**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Rob Ryan**
547 SW 13th Street - Ste 3
Bend, OR 97702
**Authorized Agent**

x _____  Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Always Perfect Marble and Granite**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Gary Tahal**
5366 Oakmont Village Circle
Lake Worth, FL 33463
**Owner**

x _____  Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

x /s/ [signature]
Signature of Petitioner or Representative (State title)

**Brothers Bake Shop**                         8-9-10
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**George Petakis**
1101 Holland drive
Boca Raton, FL 33487
**Owner**

x /s/ [signature]                              8-18-10
Signature of Attorney                          Date

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

6100 Glades Road
Suite 211
Boca Raton, Florida 33434
Address

561-482-2400
Telephone No.

---

2 Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor: **Boca Bridge LLC**

Case No. _____

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>**Always Perfect Marble and Granite**<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**Gary Tahal**<br>**5366 Oakmont Village Circle**<br>**Lake Worth, FL 33463**<br>**Owner** | x _____   Date<br>Signature of Attorney<br>**Law Office of Harry J. Ross**<br>Name of Attorney Firm (If any)<br>**6100 Glades Road**<br>**Suite 211**<br>**Boca Raton, Florida 33434**<br>Address<br><br>**561-482-2400**<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>**Brothers Bake Shop**<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**George Petakis**<br>**1101 Holland drive**<br>**Boca Raton, FL 33487**<br>**Owner** | x _____   Date<br>Signature of Attorney<br>**Law Office of Harry J. Ross**<br>Name of Attorney Firm (If any)<br>**6100 Glades Road**<br>**Suite 211**<br>**Boca Raton, Florida 33434**<br>Address<br><br>**561-482-2400**<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>**Project Management Consultant, Inc.**<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**Jack A Gonzales**<br>**825 Towering Oak way**<br>**Apopka, FL 32712**<br>**Manager**<br><br>x [signature]<br>Signature of Petitioner or Representative (State title)<br>**RLC Architects P.A.**    8/11/2010<br>Name of Petitioner          Date Signed | x _____   Date<br>Signature of Attorney<br>**Law Office of Harry J. Ross**<br>Name of Attorney Firm (If any)<br>**6100 Glades Road**<br>**Suite 211**<br>**Boca Raton, Florida 33434**<br>Address<br><br>**561-482-2400**<br>Telephone No.<br><br>x [signature]    8/18/10<br>Signature of Attorney         Date<br>**Law Office of Harry J. Ross**<br>Name of Attorney Firm (If any) |

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor: **Boca Bridge LLC**

Case No.

---

x _____
Signature of Petitioner or Representative (State title)

**Project Management Consultant, Inc.**
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative: **Jack A Gonzales**
**825 Towering Oak way**
**Apopka, FL 32712**

Capacity: **Manager**

x _____        Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Address

**561-482-2400**
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**RLC Architects P.A.**
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative: **Juan Caycedo**
**137 West Royal Palm Road**
**Boca Raton, FL 33432**

Capacity: **Vice President**

x _____        Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Address

**561-482-2400**
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Arrow Security Corp.**
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative: **Rick Versace**
**102 NW Spanish River Blvd.**
**Boca Raton, FL 33431**

Capacity: **President**

x _/s/ Rick Versace, Pres._ _____
Signature of Petitioner or Representative (State title)      8/6/10
**Lundy Shacter, P.A.**
Name of Petitioner                  Date Signed

x _____        Date
Signature of Attorney

**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

**6100 Glades Road**
**Suite 211**
**Boca Raton, Florida 33434**

Address

**561-482-2400**
Telephone No.

x _/s/_ _____    8/18/10
Signature of Attorney        Date
**Law Office of Harry J. Ross**
Name of Attorney Firm (If any)

| | |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity<br><br>Juan Caycedo<br>137 West Royal Palm Road<br>Boca Raton, FL 33432<br>Vice President<br><br>x _Rick Versace (Pres)_____<br>Signature of Petitioner or Representative (State title)<br><br>Arrow Security Corp.<br>Name of Petitioner    8/10/10<br>    Date Signed | 6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434<br>Address<br><br>561-482-2400<br>Telephone No.<br><br>x _[signature]_____    8/18/10<br>Signature of Attorney    Date<br><br>Law Office of Harry J. Ross<br>Name of Attorney Firm (If any)<br><br>6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434<br>Address<br><br>561-482-2400<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br><br>Rick Versace<br>102 NW Spanish River Blvd.<br>Boca Raton, FL 33431<br>President<br><br>x _____<br>Signature of Petitioner or Representative (State title)<br><br>Lundy Shacter, P.A.<br>Name of Petitioner    Date Signed | x _____    _____<br>Signature of Attorney    Date<br><br>Law Office of Harry J. Ross<br>Name of Attorney Firm (If any)<br><br>6100 Glades Road<br>Suite 211<br>Boca Raton, Florida 33434<br>Address |
| Name & Mailing Address of Individual Signing in Representative Capacity<br><br>Richard Lundy, CPA<br>400 North Pine Island Road - #300<br>Plantation, FL 33324<br>Partner | Address<br><br>561-482-2400<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lundy Shacter, P.A.<br>400 North Pine Island Road<br>Suite 300<br>Plantation, FL 33324 | Unsecured | 5,962.50 |
| Arrow Security Corp.<br>102 NW Spanish River Blvd<br>Boca Raton, FL 33431 | Unsecured | 15,117.62 |

Name of Debtor: Boca Bridge LLC

Case No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lundy Shacter, P.A.<br>400 North Pine Island Road<br>Suite 300<br>Plantation, FL 33324 | Unsecured | 15,750.00 |
| Arrow Security Corp.<br>102 NW Spanish River Blvd<br>Boca Raton, FL 33431 | Unsecured | 15,117.62 |
| RLC Architects P.A.<br>137 W. Royal Palm Road<br>Boca Raton, FL 334312 | Unsecured | 9,147.50 |
| Project Management Consultant, Inc.<br>825 Towering Oak Way<br>Apopka, FL 32712 | Unsecured | 4,481.25 |
| Brothers Bake Shop<br>1101 Holland Drive<br>Suite 23<br>Boca Raton, FL 33487 | Unsecured | 5,922.70 |
| Always Perfect Marble and Granite<br>5366 Oakmont Village Circle<br>Lake Worth, FL 33463 | Unsecured | 600.00 |
| Sapphire Hospitality Inc<br>547 SW 13th Street<br>Suite 3<br>Bend, OR 97702 | Unsecured | 13,903.50 |
| O.D.A. Inc.<br>3333 South Dixie Highway<br>Delray Beach, FL 33483 | Unsecured | 1,900.00 |
| Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | Unsecured | 1,131.00 |

Name of Debtor  **Boca Bridge LLC**

Case No. _____

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Communications Plus**<br>**6005 Stirling Road**<br>**Suite 149**<br>**Davie, FL 33314** | **Unsecured** | 1,406.40 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>$     69,359.97 |
|---|---|---|